# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2022

_____

Johnny Tarkington,

            Appellant,

      v.

Tim Mullins, Former Infirmary
Manager, CMS; Neema Suphan, Dr.;
Alva M. Green, Nurse, CMS; Wendy
Kelley, Assistant Director, Arkansas
Department of Correction; Vera Miller,
Nurse, Maximum Security Unit, ADC;
Mary Moore, Nurse, Maximum Security
Unit, ADC; Robert Rectenwald, Dr.,
ADC (originally sued only as
Rectenwald); Roland Anderson, Dr.,
ADC (originally sued as Anderson);
Rita Odom, Nurse, Maximum
Security Unit, ADC; Vesta Mullins,
Infirmary Manager, Tucker Unit, ADC;
David White, Warden, Tucker Unit,
ADC; Nnamdi Ifediora, Dr., Maximum
Security Unit, ADC; Juanita Stell,
Regional Ombudsman, ADC,

            Appellees.

\* Appeal from the United States
\* District Court for the Eastern
\* District of Arkansas.

\* [UNPUBLISHED]

_____

Submitted: September 30, 2010
Filed: October 5, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Inmate Johnny Tarkington appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. As to the claims Tarkington has not abandoned on appeal, see Carraher v. Target Corp., 503 F.3d 714, 716 n.2 (8th Cir. 2007), we find that summary judgment was properly granted for the reasons stated by the district court, see Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir. 2008) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, now retired.